UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Alice O. McCrary,<br>Brian C. Claycomb, Lawrence E.<br>Downing, Kenneth W. Curtis,<br>Diana L. McCrary,<br>Nathaniel S. McCrary, Alice O.<br>McCrary, as Trustee for Michael<br>McCrary, Jeffrey Field, John S. Gerow,<br>William C. Schulze, Bobby R. Cosper,<br>and Manoj Nigam,<br><br>    Plaintiffs,<br><br>vs.<br><br>CIMETRIX INCORPORATED,<br><br>    Defendant. | **PAUL A. BILZERIAN'S<br>MOTION TO QUASH<br>SUBPOENA**<br><br>2:00CV 1000G<br><br>U.S. District Court for District<br>of South Carolina<br>C.A. NO. 6-00-1176-13 |

Paul A. Bilzerian, a non-party witness hereby moves the Court to quash the subpoena served on him on November 30, 2000 for a deposition on December 19, 2000.

This motion is initially supported by a memorandum of law of even date herewith.

DATED this 15th day of December, 2000.

*Paul A. Bilzerian*
Paul A. Bilzerian

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 2000, I mailed a true and correct copy of the foregoing, postage prepaid, to:

Brent V. Manning, Esq.
MANNING CURTIS BRADSHAW
 & BEDNAR
10 Exchange Place, Third Floor
Salt Lake City, Utah 84111

Gifford W. Price, Esq.
MACKEY PRICE & WILLIAMS
170 South Main, Suite 900
Salt Lake City, Utah 84101

Paul A. Bilzerian